IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Kimberly Couch
_____
Plaintiff(s),

v.

Chief Ernest Finley
_____
Defendant(s).

CIVIL ACTION NO. 2:16-cv-698-WKW

JURY DEMAND (MARK ONE)

☒ YES    ☐ NO

COMPLAINT

1. Plaintiff(s)' address and telephone number: 3548 Malabar Road, Montgomery, Ala. 36116 (334) 777-7993

2. Name and address of defendant(s): Chief Ernest Finley %0 Montgomery Police Dept. 320 N. Ripley Street Montgomery, Ala. 36104

3. Place of alleged violation of civil rights: Mtgy. Police Dept. & City Jail

4. Date of alleged violation of civil rights: April 20, 2016, April 27, 2016

5. State the facts on which you base your allegation that your constitutional rights have been violated: On April 20, 2016. I summoned MPD for help and was unlawfully detained, falsely arrested and brutally beaten by 3 police officers and sexually attacked out of my clothing by 3 females and 1 male jailers. Then falsely accused of a felony I am completely innocent of a week later. They gross misconduct is a result of retaliation from me filing complaints with City Investigations and DOJ's office of civil rights & office of Justice programs for MPD violating my civil rights last year. I had made several attempts to confer with Chief Finley to have his officers to cease and desist violating my civil rights but he ignored me completely. So on March 23, 2016 I issued a complaint against him for malfeasance in office, neglect of duty, and civil rights violations. Then a month later I got arrested for 4 ___ misdemeanors and 10 felony all of which I am innocent of.

6.  Relief requested: $5,000,000.00 for pain and suffering, emotional distress, mental anguish, gross negligence

Date: Aug. 22, 2016        *Kimberly Couch*
                           Plaintiff(s) Signature

Chief Finley and his Officers are in violation of 42 U.S.C. §1983

2