IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY COUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-698-WKW |
| | ) | |
| ERNEST FINLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On July 9, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 10) is ADOPTED; and

2. This action is DISMISSED without prejudice for failure to prosecute and to abide by orders of the court. *See Zocaras v. Castro*, 465 F.3d 479, 483 (11th Cir. 2006); *Dynes v. Army Air Force Exch. Serv.*, 720 F.2d 1495, 1499 (11th Cir. 1983) (per curiam).

A separate Final Judgment will be entered.

DONE this 25th day of July, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE